

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2015

No. 04-15-00253-CV

**IN THE INTEREST OF N.I.V.S. & M.C.V.S.,** Children,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04420
Honorable Gloria Saldana, Judge Presiding

# C O R R E C T E D   O R D E R

On April 23, 2015, Sandra Sandoval, the appellant, filed a notice appeal from an order that she contends adjudicated "the final merits of the case." On July 20, 2015, the trial court clerk filed the clerk's record. We examined the clerk's record, and determined that the trial court had not rendered an order finally disposing of all issues and parties pending before the court. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001) ("[W]hen there has not been a conventional trial on the merits, an order or judgment is not final for purposes of appeal unless it actually disposes of every pending claim and party or unless it clearly and unequivocally states that it finally disposes of all claims and all parties."). On July 28, 2015, we ordered Sandoval to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. In response to our show cause order, Sandoval filed a motion in which she asked this court to (1) clarify whether this case, appellate cause number 04-15-00253-CV, is an original proceeding or an appeal, and (2) grant her a two-week extension of time to respond to our show cause order.

After Sandoval filed her notice of appeal in the trial court, the Clerk of this Court docketed this case in this court as an appeal and assigned it an appellate cause number, 04-15-00253-CV. The appeal was styled *In the Interest of N.I.V.S. and M.C.V.S.* Therefore, for purposes of clarification, the instant case, cause number 04-15-00253-CV, is an appeal,

On April 23, 2015, the same day that Sandoval filed her notice of appeal, Sandoval also filed a petition for a writ of mandamus arising from the same trial court cause number. The mandamus petition was docketed in this court as appellate cause number 04-15-00244-CV, and was styled *In re Sandra Sandoval*. On August 12, 2015, we granted Sandoval's petition for a writ of mandamus.

Sandoval's request for an extension of time to respond to our show cause order in this appeal is GRANTED. **We, therefore, ORDER Sandoval to show cause in writing by <u>October 21, 2015</u>, why this appeal should not be dismissed for lack of jurisdiction.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court